Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Douglas Elliott*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ELLIOTT, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EDISON INTERNATIONAL, PEDRO J. PIZARRO, and MARIA RIGATTI <br><br> Defendants. | Case No. <br><br> **NOTICE OF RELATED CASE** <br><br> <u>CLASS ACTION</u> |

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rule 83-1.3.1 of the Local Rules of Civil Procedure for the Central District of California, the above-captioned action, *Elliott v. Edison International, et al.*, is related to the following, previously filed action:

1

*Antillon v. Edison International, Inc. et al.*, 2:25-cv-01154-SB-DFM.

The *Antillon* action was filed on February 11, 2025 and voluntarily dismissed on February 18, 2025. See Dkts. 1 and 10.

The *Antillon* and *Elliott* actions assert claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, against Edison International and certain of its directors and officers. The foregoing actions (i) arise from the same or closely related transactions, happenings or events; and (ii) call for the determination of the same or substantially related or similar questions of law and fact.

Dated: February 19, 2025          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Douglas Elliott.*

NOTICE OF RELATED CASE

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 19, 2025, I electronically filed the following **NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 19, 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen

3