## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Elliott | **CASE NUMBER** |
| | |
| **PLAINTIFF(S)** | 2:25-cv-01383 MWF(PVCx) |
| v. | |
| Edison International et al | **ORDER RE TRANSFER (RELATED CASES)** |
| **DEFENDANT(S).** | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| March 4, 2025 | Stanley Blumenfeld, Jr. |
|---|---|
| Date | United States District Judge |

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:25-cv-01154 SB(DFMx)   and the present case:

- [✓] A.    Arise from the same or closely related transactions, happenings or events; or
- [ ] B.    Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.    For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Castillo_____ to Magistrate Judge _____McCormick_____ .

On all documents subsequently filed in this case, please substitute the initials ___SB(DFMx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:25-cv-01383 SB(DFMx)___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (06/23)                          ORDER RE TRANSFER (Related Cases)