UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS ELLIOTT,

Plaintiffs,

v.

EDISON INTERNATIONAL et al.,

Defendants.

Case No. 2:25-cv-01383-SB-DFM

**ORDER GRANTING IN PART REQUEST TO EXTEND TIME TO RESPOND**

Having reviewed the parties' Stipulation, IT IS HEREBY ORDERED THAT:

1. Defendants shall not be required to answer or otherwise respond to the Initial Complaint until after the Court has appointed the lead plaintiff and lead counsel and set a schedule for filing any amended complaint and any motion to dismiss thereto.

2. Upon appointing the lead plaintiff and lead counsel, the Court will set: (1) a deadline for the filing of a first amended complaint or designation of an operative complaint; and (2) a deadline and briefing schedule, if needed, for Defendants' response to the complaint.

Dated: April 9, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1