UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS ELLIOTT,<br><br>     Plaintiff,<br><br>  vs.<br><br>EDISON INTERNATIONAL et al.,<br><br>     Defendants. | Case No. 2:25-cv-01383-SB-DFM<br><br>ORDER GRANTING IN PART EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO FILE CONSOLIDATED COMPLAINT |

Lead Plaintiff has filed an unopposed Ex Parte Application requesting a substantial extension of the deadlines for it to file a consolidated complaint and for Defendants to respond. The application, however, does not show that the time requested is necessary for Lead Plaintiff to draft the pleading, and raises no argument why Defendants need 60 days to prepare a pleading challenge. Accordingly, the application is granted in part:

1. Lead Plaintiff shall file a consolidated complaint no later than June 16, 2025; and

2. Defendants shall file a response to the consolidated complaint no later than July 7, 2025.

3. If Defendants file a motion to dismiss, they shall set it for hearing on August 15, 2025. The opposition will be due on July 18, 2025, and the reply will be due on July 25, 2025.

4. The mandatory scheduling conference is continued from July 18, 2025 to August 15, 2025 at 8:30 a.m. in Courtroom 6C.

Date: May 15, 2025

               _____
                Stanley Blumenfeld, Jr.
              United States District Judge

- 1 -

4923-9318-3811.v1