ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
ROBERT R. HENSSLER JR. (216165)
MATTHEW I. ALPERT (238024)
KEVIN S. SCIARANI (301411)
EVELYN SANCHEZ GONZALEZ (360232)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
egonzalez@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS ELLIOTT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EDISON INTERNATIONAL, et al., <br><br> Defendants. | Case No. 2:25-cv-01383-SB-DFM <br><br> CLASS ACTION <br><br> DECLARATION OF LAURIE L. LARGENT IN RESPONSE TO THE COURT'S ORDER DATED MAY 12, 2025 |

4912-3513-1459.v2

I, LAURIE L. LARGENT, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Hawaii Sheet Metal Workers Pension Fund, Hawaii Sheet Metal Workers Health and Welfare Trust Fund, and Hawaii Sheet Metal Workers Annuity Profit Sharing Fund (the "Hawaii Sheet Metal Workers Funds") in the above-captioned action.  I am authorized to make this declaration on behalf of Lead Counsel.

2.    I have reviewed the Court's Order dated May 12, 2025, which requires the Hawaii Sheet Metal Workers Funds and their counsel to submit supplemental declarations confirming that their representation of the class does not present any conflicts of interest.  ECF 30 at 3 n.2.

3.    To the best of my knowledge and belief, Lead Counsel's representation of Hawaii Sheet Metal Workers Funds and the putative class they represent does not present any conflicts of interest.  Lead Counsel has conducted a thorough conflicts check internally against all named defendants in this action and based on the results, Lead Counsel is not aware of any conflicts.  Lead Counsel is committed to vigorously prosecuting this litigation and working to advance the interests of the class.

4.    Attached is a true and correct copy of the following exhibit:

Exhibit A:   Hawaii Sheet Metal Workers Funds' Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2025, at San Diego, California.

    s/ Laurie L. Largent
    LAURIE L. LARGENT

- 1 -

4912-3513-1459.v2