# EXHIBIT A

## DECLARATION

I declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I, Ryan J. Loeffers, am the Fund Administrator of Hawaii Sheet Metal Workers Pension Fund, Hawaii Sheet Metal Workers Health and Welfare Trust Fund, and Hawaii Sheet Metal Workers Annuity Profit Sharing Fund (collectively, the "Hawaii Sheet Metal Workers Funds"), and am authorized to make this declaration on behalf of the Hawaii Sheet Metal Workers Funds.

2.     I have reviewed Court's Order dated May 12, 2025, which requires the Hawaii Sheet Metal Workers Funds to submit a supplemental declaration confirming that their representation of the class does not present any conflict of interest.

3.     To the best of my knowledge and belief, the Funds' representation of the class in this action does not present any conflicts of interest.  The Funds' interest in maximizing the recovery from all culpable parties are aligned with interest of other class members, as the Funds suffered substantial losses as a result of defendants' alleged misconduct.  The Funds are committed to vigorously prosecuting this litigation and working to advance the interests of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⟨14th⟩ day of May, 2025.

Hawaii Sheet Metal Workers Funds

By: _____
Ryan J. Loeffers, Administrator

Exhibit A
001