UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ELLIOTT, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>EDISON INTERNATIONAL, SOUTHERN CALIFORNIA EDISON COMPANY, PEDRO J. PIZARRO, and MARIA RIGATTI,<br><br>        Defendants. | Case No. 2:25-cv-01383-ODW-DFM<br><br>**ORDER** |

[PROPOSED] ORDER

Before the Court is the parties' Stipulation Regarding Briefing Schedule for Motion to Dismiss Consolidated Complaint.  Having considered the stipulation and accompanying declaration, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   Defendants shall file a motion to dismiss or otherwise respond to the Consolidated Complaint by **July 31, 2025**;

2.   Lead Plaintiffs shall file their opposition to any motion to dismiss by **September 15, 2025**; and

3.   Defendants shall file any reply in support of their motion to dismiss by **October 6, 2025**.

IT IS SO ORDERED.

Dated:   June 27, 2025

_____
Hon. Otis D. Wright II
United States District Judge

-2-
[PROPOSED] ORDER