UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ELLIOTT, Individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01383-ODW-DFM |
| Plaintiff, | **ORDER** |
| v. | |
| EDISON INTERNATIONAL, SOUTHERN CALIFORNIA EDISON COMPANY, PEDRO J. PIZARRO, and MARIA RIGATTI, | |
| Defendants. | |

ORDER

Before the Court is the parties' Stipulation to Continue Deadline to File Joint Rule 26(f) Report.  Having considered the stipulation and accompanying declaration, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     The parties' December 12, 2025 deadline to file their joint Rule 26(f) report is continued, and the Court's anticipated December 19, 2025 issuance of a Rule 16(b) Scheduling Order is **VACATED**, to a date to be determined after the resolution of Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated:  December 3, 2025

_____
Hon. Otis D. Wright II
United States District Judge