**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| DOUGLAS ELLIOTT et al., | Case № 2:25-cv-01383-ODW (DFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| EDISON INTERNATIONAL et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Motion to Dismiss, (Dkt. No. 63), and Plaintiffs' failure to timely amend, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.    Plaintiffs shall recover nothing from Defendants;

2.    Plaintiffs' Consolidated Complaint, (Dkt. No. 42), is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

April 3, 2026

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**