## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | CENTRAL DISTRICT OF CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:25-cv-01383 |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 02/19/2025 |

Date of judgment or order you are appealing: | 04/03/2026 |

Docket entry number of judgment or order you are appealing: | 65 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Hawaii Sheet Metal Workers Pension Fund, Hawaii Sheet Metal Workers Health and Welfare Trust Fund, and Hawaii Sheet Metal Workers Annuity Profit Sharing Fund, individually and on behalf of all others similarly situated

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| |

| |

City: | |    State: | |    Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | s/ Matthew I. Alpert |    **Date** | May 1, 2026 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**
**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Hawaii Sheet Metal Workers Pension Fund; Hawaii Sheet Metal Workers Health and Welfare Trust Fund; and Hawaii Sheet Metal Workers Annuity Profit Sharing Fund, individually and on behalf of all others similarly situated

Name(s) of counsel (if any):

ROBBINS GELLER RUDMAN & DOWD LLP
Spencer A. Burkholz; Robert R. Henssler Jr.; Matthew I. Alpert;
Harini P. Raghupathi

Address: 655 West Broadway, Suite 1900, San Diego, CA 92101-4297

Telephone number(s): (619) 231-1058

Email(s): spenceb@rgrdlaw.com; bhenssler@rgrdlaw.com; malpert@rgrdlaw.com; hraghupathi@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Edison International; Southern California Edison Company; Pedro J. Pizarro; and Maria Rigatti

Name(s) of counsel (if any):

MUNGER, TOLLES & OLSON LLP
John W. Spiegel; John M. Gildersleeve; Lorraine L. Abdulahad

Address: 350 South Grand Avenue, 50th Floor, Los Angeles, CA 90071-3426

Telephone number(s): (213) 683-9100

Email(s): john.spiegel@mto.com; john.gildersleeve@mto.com; lorraine.abdulahad@mto.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*